IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL PITTAS, | ) |
| Plaintiff, | ) Civil Action No.: 2:17-cv-00947-DSC |
| vs. | ) |
| PETER HODGE TRANSPORT, LTD. and MATTHEW LEGAULT, | ) |
| Defendant. | ) |

**STIPULATION FOR DISMISSAL WITH PREDJUDICE**

We, the attorneys for the respective parties, do hereby stipulate that the above-captioned action is hereby dismissed with prejudice.

Date: 1/30/17         /s/ Jeffrey A. Pribanic_____
JEFFREY A. PRIBANIC
Attorney for Plaintiff
PA I.D. No: 56808

Date: 1/30/17         /s/ Joseph L. Luvara_____
JOSEPH L. LUVARA
Attorney for Defendant

**IT IS SO ORDERED this 31st day of January, 2018.**

**s/ DAVID STEWART CERCONE**
**Senior United States District Judge**